## THOMAS CONNOLY, Plaintiff in Error,

*v.*

## JOHN CUNNINGHAM, Defendant in Error.

Opinion by GREENE, Chief Justice.

This cause has been submitted as turning upon the same facts as appear in the appeal case of *Connoly* v. *Cunningham et al.*, in which the opinion of the Court was filed this morning.

The same law is applicable in this cause as in that, with an analogous result.

Accordingly, the judgment of the District Court will be affirmed.

We concur : GEORGE TURNER, Associate Justice.
　　　　　S. C. WINGARD, Associate Justice.